APPEAL No. 279. STANTON J. TERRANOVA, JR., by next friend STANTON J. TERRANOVA, SR., and STANTON J. TERRANOVA, SR. *v.* GEORGE QUATTROMANI. Motion of plaintiff to dismiss appeal of defendant granted. *James J. Longolucco,* for plaintiff. *D. A. St. Angelo,* for defendant.

## January 9, 1968.

M. P. No. 311. JEROME R. WALKER *v.* HAROLD V. LANGLOIS, *Warden.* Motion to vacate sentence, treated as a petition for writ of habeas corpus, granted, writ to issue forthwith. *Jerome R. Walker,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

M. P. No. 314. NICHOLAS ANTHONY PALMIGIANO *v.* HAROLD V. LANGLOIS, *Warden.* Petitions for writ of habeas corpus and writ of certiorari denied. *Nicholas Anthony Palmigiano,* petitioner, pro se. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

Ex. No. 64. STATE *v.* CARL W. FRAZIER. Motion of defendant for reargument denied. *Donald P. Ryan,* Assistant Attorney General, for plaintiff. *Carl W. Frazier,* defendant, pro se.

APPEAL No. 254. PATRICK R. REYNAUD and HELIANE REYNAUD *v.* LYDIA E. BRAGGER, *Executrix.* Motion of defendant to dismiss appeal of plaintiffs denied. *Domenic A. St. Angelo,* for plaintiffs. *John D. Lynch,* for defendant.

## January 16, 1968.

M. P. No. 208. JAMES EDWARD McPARLIN *v.* HAROLD V. LANGLOIS, *Warden.* Motion for leave to file petition for writ of habeas corpus granted. Motion for leave to show Court film of petitioner while in custody of State Police denied without prejudice. *William F. Reilly, James Cardono,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.